UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARLEY FREEMAN,<br><br>    Plaintiff,<br><br>-against-<br><br>INTERCONTINENTAL HOTELS GROUP RESOURCES, LLC,<br><br>    Defendant. | Civ. No. 20-7585<br><br>**NOTICE OF REMOVAL** |

TO: SUPREME COURT OF THE STATE OF NEW YORK
   COUNTY OF ROCKLAND

**PLEASE TAKE NOTICE** that Defendant InterContinental Hotels Group Resources, LLC hereby removes the civil action entitled *Harley Freeman v. InterContinental Hotels Group Resources, LLC*, Rockland County Index No. 032614/2020 from the Supreme Court of the State of New York, County of Rockland, where it is now pending to the United States District Court of the Southern District of New York pursuant to 28 U.S.C. §§ 1332, 1441 and 1446.

Dated: New York, New York
    September 16, 2020

                Respectfully Submitted,

                GALLO VITUCCI KLAR LLP

                _____
                By: Scott Goldstein, Esq. (SG8333)
                *Attorneys for Defendant,*
                *INTERCONTINENTAL HOTELS GROUP*
                *RESOURCES, LLC*
                90 Broad Street, 12th Floor
                New York, New York 10004
                (212) 683-7100
                sgoldstein@gvlaw.com
                File No. CHUS-2020-11

TO:     Ira H. Lapp, Esq.
         Neimark Coffinas & Lapp, LLP
         ***Attorneys for Plaintiff, HARLEY FREEMAN***
         37 Congers Road
         New City, NY 10956-5135
         (845) 638-3012
         ihl@ncl.law
         File No. 20-059