**MEMO ENDORSED**

# RESNICK & LOUIS, P.C.
## ATTORNEYS AT LAW

Mitchell J. Resnick
Admitted in AZ, CA, CO, NV, NJ & NY
mresnick@rlattorneys.com

Scott H. Goldstein
Admitted in NY and NJ
sgoldstein@rlattorneys.com

REPLY TO THE PARAMUS OFFICE
140 East Ridgewood Ave.
Suite 415 South Tower
Paramus, New Jersey 07652
551-336-2010

Due to an extension of the discovery deadlines, the parties' request to adjourn the Case Mgmt. Conf. from Jan. 14, 2022 until May 13, 2022 at 3:00 pm is GRANTED. The Conf. will be held by AT&T Teleconf. as follows: (1) Dial the Meeting Number: (877) 336-1839; (2) Enter the Access Code: 1231334 #; (3) Press pound (#) to enter the teleconf. as a guest. Clerk of Court is requested to terminate the motion (doc. 20).
Dated: Jan. 11, 2022

SO ORDERED:

January 11, 2022

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

<u>Via ECF</u>

The Honorable Nelson S. Roman, U.S.D.J
Federal Building and United States Courthouse
300 Quarropas St., Courtroom 218
White Plains, NY 10601-4150

Re.: **Harley Freeman v. InterContinental Hotels Group Resources, LLC.**
**Case No. 20-cv-7585 (NSR)**

Dear Judge Roman:

This firm represents defendants InterContinental Hotels Group Resources, LLC. **("IHGR")** in the above-referenced action.

As this Court is aware, a Case Management Conference is scheduled for January 14, 2022, at 10:30 AM. Please accept this letter, as per the direction of the Hon. Paul E. Davison, U.S.M.J advising this Court that discovery has been extended to April 18, 2022 and requesting that the January 14, 2022 Case Management Conference be adjourned accordingly until some period of time after April 18, 2022. As this letter is being sent at the direction of Magistrate Judge Davison, all parties consent to the request to adjourn the conference.

We thank the Court for its consideration of this request/application. Should the Court have any questions, please do not hesitate to reach us.

Respectfully submitted,

Scott Goldstein, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/2022

cc: Lisa Stone, Esq. (via ECF)
SHG/sf

ALBUQUERQUE | BAKERSFIELD | BURBANK | CHARLESTON | DALLAS | DENVER | FT LAUDERDALE | HIDALGO COUNTY (THE VALLEY) | HOUSTON | JACKSON | JACKSONVILLE | LAS VEGAS | LOS ANGELES | MIAMI | ORANGE COUNTY | ORLANDO | PHOENIX | RIVERSIDE | SACRAMENTO | SALT LAKE CITY | SAN ANTONIO | SAN DIEGO | SARASOTA | TAMPA | LONDON, UK

www.rlattorneys.com