USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARLEY FREEMAN,

                Plaintiff,

  -against-

INTERCONTINENTAL HOTELS GROUP
RESOURCES LLC,

                Defendant.

20-cv-7585 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

    The Court having been advised that all claims asserted herein have been settled, it is

    ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within forty-five (45) days of the date hereof.

    The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next 45 days with a request that the agreement be "so ordered" by the Court. Moreover, the telephonic pretrial conference scheduled for 11am on January 26, 2024 is adjourned *sine die*.

Dated:  January 24, 2024
          White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge